UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                           Case No. 05-12479
                                                Chapter 7
TONY STEVE HANNERS and
TAMMY JEAN KELLY HANNERS,

    Debtors.


WILLIAM C. CARN III, TRUSTEE,

    Plaintiff                                Adv. Pro. No. 06-1076

  v.

TONY STEVE HANNERS,

    Defendant.

## MEMORANDUM DECISION

    The Plaintiff William C. Carn, III, the Chapter 7 Trustee, filed a Motion for Summary Judgment against the Defendant Tony Steve Hanners. Carn claims that Hanners should be denied his discharge, pursuant to 11 U.S.C. § 727(a)(2), because he received an inheritance in the amount of $102,828.94, which he gave to his two daughters. Carn claims that Hanners should have turned over his inheritance, because it was property of his estate pursuant to 11 U.S.C. § 541. Hanners admits to the allegations and has offered no defense. Having reviewed the pleadings in this case and the Motion for Summary Judgment, the Court finds that the Debtor should be denied his discharge.

    The Court will enter judgment by way of a separate document.

    Done this 12th day of January, 2007.

                                                    /s/ William R. Sawyer
                                                  United States Bankruptcy Judge